ASPELIN & BRIDGMAN, LLP
JOHN ASPELIN, ESQ. S.B. #56477
220 Montgomery Street, Suite 1009
San Francisco, California, 94104
OFC: (415) 296-9812
FAX: (415) 296-9814

Attorneys for Plaintiff,
UNIVERSAL TRADING & INVESTMENT Co.

# UNITED STATES DISTRICT COURT

## FOR NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT COMPANY,<br><br>    Judgment Creditor<br><br>REGISTERED JUDGMENT FROM ANOTHER DISTRICT | No. 08cv3632-JL<br><br>**PROOF OF SERVICE OF PROCESS**<br><br>**OF SUMMONS<br>AND VERIFIED COMPLAINT**<br><br>**ON DEFENDANT DUGSBERY INC.** |
| UNIVERSAL TRADING & INVESTMENT Co.,<br><br>    Plaintiff and Judgment Creditor<br><br>v.<br><br>DUGSBERY, INC.;<br>PAVLO I. LAZARENKO;<br>LADY LAKE INVESTMENT, CORP.;<br>ORBY INTERNATIONAL, LTD.;<br>UNITED ENERGY SYSTEMS OF UKRAINE, PFG;<br>TRUSTEES FOR PAVLO I. LAZARENKO,<br>and DOES from 1 to 100,<br><br>              Defendants | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:

Plaintiff respectfully files herewith the Proof of Service of the Summons and the Verified

---

1  Complaint on defendant Dugsbery Inc. Dugsbery Inc consented to service being made on its
2  attorney.
3     The executed Certificate of Service is filed concurrently.
4
5                                         Respectfully submitted,
6
7  DATED: August 11, 2008
8                                         ASPELIN & BRIDGMAN LLP
9
10                                        /s/_____
                                          John H. Aspelin, Esq.
                                          Attorneys for Plaintiff Universal Trading &
11                                        Investment Co.

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

UNIVERSAL TRADING & INVESTMENT Co., INC.
Judgment Creditor

    Plaintiff

v.

DUGSBERY, Inc., PAVLO LAZARENKO, LADY LAKE INVESTMENT Corp., ORBY INTERNATIONAL Ltd., UESU, TRUSTEES FOR PAVLO LAZARENKO, et al.
    Defendant

CV 08  3632

Civil Action No.

**Summons in a Civil Action**

To: DUGSBERY, INC.

*(Defendant's name)*

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

ASPELIN & BRIDGMAN, LLP
JOHN ASPELIN, ESQ.
220 MONTGOMERY STREET, SUITE 1009
SAN FRANCISCO, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 2 9 2008

Date: _____

Richard W. Wieking
Name of clerk of court

_____
Deputy clerk's signature
**ANNA SPRINKLES**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _Aug 8 2008_,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _C/O Adrian Wineberg_ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __5.00__ for travel and $ __15.00__ for services, for a total of $ __20.00__.

Date: _Aug 11 2008_

                                              _F. Phillip Appleton_
                                                    Server's signature

                                              _F. Phillip Appleton_
                                                  Printed name and title

                                             _940 Clay St #304 SF CA 94111_
                                                      Server's address