1  ASPELIN & BRIDGMAN, LLP
   JOHN ASPELIN, ESQ. S.B. #56477
2  220 Montgomery Street, Suite 1009
   San Francisco, California, 94104
3  OFC: (415) 296-9812
   FAX: (415) 296-9814
4
   Attorneys for Plaintiff,
5  UNIVERSAL TRADING & INVESTMENT Co.

6

7

8
                **UNITED STATES DISTRICT COURT**
9
        **FOR NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**
10

11 | IN RE UNIVERSAL TRADING & INVESTMENT COMPANY, | No. 08cv3632-JL |

12 |     Judgment Creditor | **PROOF OF SERVICE OF PROCESS** |

13 | REGISTERED JUDGMENT FROM ANOTHER DISTRICT | |

14 | | **OF SUMMONS AND VERIFIED COMPLAINT** |

15 | | **ON DEFENDANT PAVLO LAZARENKO** |

16 | UNIVERSAL TRADING & INVESTMENT Co., | |

17 |     Plaintiff and Judgment Creditor | |

18 | v. | |

19 | DUGSBERY, INC.; |
20 | PAVLO I. LAZARENKO; |
   | LADY LAKE INVESTMENT, CORP.; |
21 | ORBY INTERNATIONAL, LTD.; |
   | UNITED ENERGY SYSTEMS OF UKRAINE, PFG; |
22 | TRUSTEES FOR PAVLO I. LAZARENKO, |
23 | and DOES from 1 to 100, |

24
25              Defendants

26
27        TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:

28
   ---
   Plaintiff's Submission of Proof of Service, <u>In re UTICo, Judgment Creditor</u>, 08-3632       1

Plaintiff respectfully files herewith the Proof of Service of the Summons and the Verified Complaint on defendant Pavlo Lazarenko. Pavlo Lazarenko consented to service being made on his attorney.

The executed Certificate of Service is filed concurrently.

Respectfully submitted,

DATED: August 11, 2008

ASPELIN & BRIDGMAN LLP

/s/_____
John H. Aspelin, Esq.
Attorneys for Plaintiff Universal Trading & Investment Co.

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

UNIVERSAL TRADING & INVESTMENT Co., INC. )
Judgment Creditor )
)
Plaintiff )
v. )
DUGSBERY, Inc., PAVLO LAZARENKO, )
LADY LAKE INVESTMENT Corp., ORBY )
INTERNATIONAL Ltd., UESU, TRUSTEES )
FOR PAVLO LAZARENKO, et al. )
Defendant )

Civil Action No.

CV 08 3632

**Summons in a Civil Action**

To: PAVLO IVANOVICH LAZARENKO

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

ASPELIN & BRIDGMAN, LLP
JOHN ASPELIN, ESQ.
220 MONTGOMERY STREET, SUITE 1009
SAN FRANCISCO, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 2 9 2008

Richard W. Wieking
Name of clerk of court

/ANNA SPRINKLES/
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Aug 8 2008 by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is C/O DORIAN UNEIDERG _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ 5 for travel and $ 15.00 for services, for a total of $ 20.00.

Date: Aug 11 2008

_F Phillip Appleton_
Server's signature

_F Phillip Appleton_
Printed name and title

640 Clay St A 301 SF CA 94111
Server's address