ASPELIN & BRIDGMAN, LLP
JOHN ASPELIN, ESQ. S.B. #56477
220 Montgomery Street, Suite 1009
San Francisco, California, 94104
OFC: (415) 296-9812
FAX: (415) 296-9814

Attorneys for Plaintiff,
UNIVERSAL TRADING & INVESTMENT Co.

# UNITED STATES DISTRICT COURT

# FOR NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT COMPANY,<br><br>  Judgment Creditor<br><br>REGISTERED JUDGMENT FROM ANOTHER DISTRICT | No. 08cv3632-JL<br><br>**PROOF OF SERVICE OF PROCESS**<br><br>**OF SUMMONS**<br>**AND VERIFIED COMPLAINT** |
| UNIVERSAL TRADING & INVESTMENT Co.,<br><br>  Plaintiff and Judgment Creditor<br><br>v.<br><br>DUGSBERY, INC.;<br>PAVLO I. LAZARENKO;<br>LADY LAKE INVESTMENT, CORP.;<br>ORBY INTERNATIONAL, LTD.;<br>UNITED ENERGY SYSTEMS OF UKRAINE, PFG;<br>TRUSTEES FOR PAVLO I. LAZARENKO,<br>and DOES from 1 to 100,<br><br>          Defendants | **ON DEFENDANTS TRUSTEES FOR DEFENDANT PAVLO LAZARENKO**<br><br>**IN GUERNSEY, CHANNEL ISLANDS** |

TO COURT, ALL PARTIES AND THEIR ATTORNEYS:

---

Plaintiff's Submission of Proof of Service, <u>In re UTICo, Judgment Creditor</u>, 08-3632          1

1  Plaintiff respectfully files herewith the Proof of Service of the Summons and the Verified Complaint defendants Trustees for Pavlo Lazarenko, situated in Guernsey, the Channel Islands.

Documents received from the Central Authority of Guernsey, the Channel Islands, under the Hague Convention for Service Abroad of Judicial and Non-Judicial Documents in Civil and Commercial Matters are filed concurrently.

Respectfully submitted,

DATED: August 11, 2008

ASPELIN & BRIDGMAN LLP

/s/_____
John H. Aspelin, Esq.
Attorneys for Plaintiff Universal Trading & Investment Co.

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

UNIVERSAL TRADING & INVESTMENT Co., INC.
Judgment Creditor

Plaintiff
v.
DUGSBERY, Inc., PAVLO LAZARENKO, LADY LAKE INVESTMENT Corp., ORBY INTERNATIONAL Ltd., UESU, TRUSTEES FOR PAVLO LAZARENKO, et al.
Defendant

CV 08 3632

Civil Action No.

## Summons in a Civil Action

To: TRUSTEES FOR PAVLO LAZARENKO (BALFORD TRUST, ICEMAN TRUST et al.)

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

ASPELIN & BRIDGMAN, LLP
JOHN ASPELIN, ESQ.
220 MONTGOMERY STREET, SUITE 1009
SAN FRANCISCO, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 30

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature
ANNA SPRINKLES

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____ ; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   _____ ; or

 (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

How to proceed:

# REQUEST FOR SERVICE ABROAD
# OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| ASPELIN & BRIDGMAN LLP<br>C/O ATTORNEY JOHN ASPELIN, Esq.<br>220 MONTGOMERY STREET,<br>10th FLOOR, SUITE 1009<br>SAN FRANCISCO<br>CA 94104, USA | THE BAILIFF, BAILIFF'S OFFICE<br>ROYAL COURT HOUSE<br>ST. PETER PORT<br>GUERNSEY<br>CHANNEL ISLANDS |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.

(identity and address):  TRUSTEES AND/OR MANAGERS OF BALFORD TRUST,
c/o CREDIT SUISSE (GUERNSEY) TRUST Co., CREDIT SUISSE (GUERNSEY) Ltd. or/and
any CREDIT SUISSE BANK AFFILIATION IN GUERNSEY

HELVETIA COURT, SOUTH ESPLANADE, ST. PETER PORT, GUERNSEY, CHANNEL ISLANDS

[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.*

[✓] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5):*

   Personal Service

[ ] (c) by delivery to the addressee, if the addressee accepts it voluntarily (second paragraph of Article 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents
- and of the annexes ** -  with a certificate as provided on the next page.

List of documents

(1) Summons in case Docket 08cv3632
(2) Verified Complaint in case Docket 08cv3632

Done at SAN FRANCISCO , the JULY 31, 2008

Signature and/or stamp

George Lambert, Esq.
for John Aspelin, Esq.

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) * that the document has been served

- the (date)  6/8/08
- at (place, street, number)  HELVETIA COURT SOUTH ESPLANADE ST PETER PORT GUERNSEY C.I.

- in one of the following methods authorised by Article 5:

[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.**

[✓] (b) in accordance with the following particular method:**

[✓] (c) by delivery to the addressee, who accepted it voluntarily.**

The documents referred to in the request have been delivered to:

- (identity and description of person)  EMMA ROBERTS.

- relationship to the addressee (family, business or other):

2) * that the document has not been served, by reason of the following facts:

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement. **

-- ANNEXES --

Documents returned:

In appropriate cases, documents establishing the service:

Done at Guernsey , the

Signature and/or stamp

**SUMMARY OF THE DOCUMENT TO BE SERVED**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965

(Article 5, fourth paragraph)

Identité et adresse du destinataire / *Identity and address of the addressee* / -----:

```
CREDIT SUISSE (GUERNSEY) TRUST Co.
CREDIT SUISSE (GUERNSEY) Ltd.
Helvetia Court, South Esplanade,
St. Peter Port, Guernsey,
Channel Islands
```

**IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES «ELEMENTS ESSENTIELS DE L'ACTE» VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MEME DU DOCUMENT. IL PEUT ETRE NECESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITES D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE PEUVENT ETRE ADRESSEES : . . .

*IMPORTANT*

*THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.*

*IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.*

*ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO: . . .*

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'Etat d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'Etat où le document doit être adressé, soit en langue française, soit en langue anglaise.

*It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the documents is to be sent, or in English or French.*

Name and address of the requesting authority:

ASPELIN BRIDGMAN LLP, 220 MONTGOMERY STREET, SUITE 1009, SAN FRANCISCO, CA 94104, USA
FOR PURPOSES OF SERVICE OF PROCESS IN CASE PENDING IN U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Particulars of the parties: *

PLAINTIFF UNIVERSAL TRADING & INVESTMENT CO., INC., C/O ASPELIN BRIDGMAN LLP 220 MONTGOMERY STREET, SUITE 1009, SAN FRANCISCO, CA, 94104, USA

 JUDICIAL DOCUMENT

Nature and purpose of the document:

SUMMONS AND VERIFIED COMPLAINT IN ACTION DOCKET NO. 08cv3632, entitled IN RE UNIVERSAL TRADING & INVESTMENT CO.

Nature and purpose of the proceeding and, where appropriate, the amount in dispute:

CLAIMS BASED ON COLLECTION OF A JUDGMENT DEBT

Date and place for entering appearance: **

RESPONSE DUE TO BE FILED WITHIN 20 (TWENTY) DAYS AFTER SERVICE

Court which has given judgment: **

Date of judgment: **

Time limits stated in the document: **

RESPONSE DUE TO BE FILED WITHIN 20 (TWENTY) DAYS AFTER SERVICE

☐ EXTRAJUDICIAL DOCUMENT

Nature and purpose of the document:

Time limits stated in the document: **