DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

DANIEL A. HOROWITZ (SBN 92400)
Attorney at Law
120 - 11th Street, 2nd Floor
Oakland, CA 94607
Telephone: (510) 444-4888

Attorneys for Defendants
DUGSBERY, INC., and PAVEL I. LAZARENKO

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT Co., INC.<br>Judgment Creditor<br><br>Plaintiff,<br>vs.<br><br>DUGSBERY, INC., PAVLO LAZARENKO, LADY LAKE INVESTMENT Corp., ORBY INTERNATIONAL Ltd., UESU, TRUSTEES FOR PAVLO LAZARENKO, et. al.,<br><br>Defendants. | No. CV 08-3632 JL<br><br>**MOTION OF DEFENDANTS DUGSBERY, INC. AND PAVLO LAZARENKO FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT IN THE INSTANT MATTER** |

Defendants Dugsbery, Inc. and Pavlo Lazarenko, by and through undersigned counsel, move the Court for an extension of twenty (20) days time within which to answer or otherwise respond to the complaint in the instant matter.

The complaint was filed on or about July 29, 2008, and served upon Defendants through counsel on or about July 30, 2008. Defendants' response would therefore be due in the first instance on or before August 19, 2008. Defendants request an extension to and including September 8, 2008 within which to answer or otherwise respond.

Motion of Defendants Dugbery Inc. and Pavlo Lazarenko
for Extension of Time Within Which to Answer or
Otherwise Respond to the Complaint in the Instant Matter
(CV-08-3632 JL)                                                    1

1  The motion is based on the Declaration of Counsel submitted herewith.

2  Respectfully submitted,

3  DORON WEINBERG
   WEINBERG & WILDER

4
   DANIEL A. HOROWITZ
5  LAW OFFICE OF DANIEL A. HOROWITZ

6
            /s/ Doron Weinberg
7  Dated: August 13, 2008    By:_____
            DORON WEINBERG
8
   Attorneys for Defendants
9  PAVEL LAZARENKO

28 Motion of Defendants Dugbery Inc. and Pavlo Lazarenko
   for Extension of Time Within Which to Answer or
   Otherwise Respond to the Complaint in the Instant Matter
   (CV-08-3632 JL)                    2

DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

DANIEL A. HOROWITZ (SBN 92400)
Attorney at Law
120 - 11th Street, 2nd Floor
Oakland, CA 94607
Telephone: (510) 444-4888

Attorneys for Defendants
DUGSBERY, INC., and PAVEL I. LAZARENKO

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT Co., INC. Judgment Creditor<br><br>Plaintiff,<br>vs.<br>DUGSBERY, INC., PAVLO LAZARENKO, LADY LAKE INVESTMENT Corp., ORBY INTERNATIONAL Ltd., UESU, TRUSTEES FOR PAVLO LAZARENKO, et. al.,<br><br>Defendants. | No. CV 08-3632 JL<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION OF DEFENDANTS DUGSBERY, INC., AND PAVLO LAZARENKO FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT IN THE INSTANT MATTER** |

DORON WEINBERG declares under penalty of perjury that the following is true and correct:

I am an attorney duly licensed to practice law in the State of California and before this Court. I represent Defendants Dugsbery, Inc. and Pavlo Lazarenko, and make this declaration in support of their request for an extension of time within which to answer or otherwise respond to the complaint herein.

The request is made because Plaintiff's complaint is complex, alleging nine separate

Declaration of Counsel in Support of Motion of Defendants
 Dugsbery Inc. and Pavlo Lazarenko for Extension
 of Time Within Which to Answer or Otherwise Respond
to the Complaint in the Instant Matter (CV-08-3632 JL)      1

1  causes of action based on a complicated set of facts set forth in approximately 100 paragraphs.

2  Defendants' preliminary analysis of the complaint reveals it to be vague and uncertain in
3  almost every particular, to restate claims that have been considered and rejected by other Judges
4  of this Court and to assert legal and jurisdictional bases which have no foundation.
5  Accordingly, it will be necessary for Defendants to consider the propriety of and prepare, if
6  necessary, motions pursuant to Rule 12 of the Federal Rules of Civil Procedure including, but
7  not limited to, motions to dismiss for lack of subject matter jurisdiction and for failure to state a
8  claim upon which relief can be granted, as well as motions to strike and for more definite
9  statement.  These motions cannot reasonably be completed within the presumptive August 19
10 deadline.

11 The adequate preparation of Defendants' response and/or answer is complicated
12 additionally by undersigned counsel's other commitments including the preparation and
13 submission of a Petition for Writ of Prohibition in the matter of *People v. Phillip Spector* (Los
14 Angeles County Superior Court No. BAO255233), which was filed in the California Court of
15 Appeal on August 13, 2008, and the preparation of motions and replies in the trial court in the
16 same matter, hearings on which are set for August 14, 2008. Counsel is also engaged in the
17 preparation of a Petition for Mandate in the matter of *People v. William Ayres*, (San Mateo
18 Superior Court No. SC064366) due on or before August 22, 2008 and preparation for a complex
19 sentencing the matter of *United States v. Bernard V. Ward* (U.S.D.C. N.D. CR-07-0602 VRW),
20 scheduled for August 28, 2008.

21 Counsel is also obliged to travel to Los Angeles in the *Spector* matter on August 26 and
22 27 and to travel to Washington D.C. for hearing in a forfeiture matter involving Defendant
23 Pavlo Lazarenko on September 4, 2008. (*U.S. v. All Funds on Deposit, et. al.*; CV-04-0798
24 PLF).

25 Counsel has attempted to obtain a stipulation from Plaintiff's counsel for the relief
26 requested herein, by sending an email inquiry addressed to counsel at
27 jaspelin@aspelinbridgman.com, on August 11, 2008, but no reply or return communication of

28 Declaration of Counsel in Support of Motion of Defendants
 Dugsbery Inc. and Pavlo Lazarenko for Extension
 of Time Within Which to Answer or Otherwise Respond
 to the Complaint in the Instant Matter (CV-08-3632 JL)      2

1 | any kind has been received.

2 | In view of the impending deadline, Defendants move the Court for the relief requested herein without stipulation. If said relief is not granted, the harm to Defendants will be manifest in that it will prevent Defendants from properly asserting legal claims and arguments which they are otherwise entitled to present.

Executed this 13th day of August, 2008, in the City and County of San Francisco, State and Northern District of California.

                                              /s/ Doron Weinberg
                                              _____
                                              DORON WEINBERG

Declaration of Counsel in Support of Motion of Defendants
Dugsbery Inc. and Pavlo Lazarenko for Extension
of Time Within Which to Answer or Otherwise Respond
to the Complaint in the Instant Matter (CV-08-3632 JL)     3

1  DORON WEINBERG (SBN 46131)
   WEINBERG & WILDER
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472

4  DANIEL A. HOROWITZ (SBN 92400)
   Attorney at Law
5  120 - 11th Street, 2nd Floor
   Oakland, CA 94607
6  Telephone: (510) 444-4888

7  Attorneys for Defendants
   DUGSBERY, INC., and PAVEL I. LAZARENKO
8

9  **UNITED STATES DISTRICT COURT**

10  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12  IN RE UNIVERSAL TRADING &   )   No. CV 08-3632 JL
    INVESTMENT Co., INC.        )
    Judgment Creditor           )
13                              )
                                )   **(PROPOSED) ORDER**
           Plaintiff,           )
14    vs.                       )
                                )
15  DUGSBERY, INC., PAVLO       )
    LAZARENKO, LADY LAKE        )
16  INVESTMENT Corp., ORBY      )
    INTERNATIONAL Ltd., UESU,   )
17  TRUSTEES FOR PAVLO LAZARENKO,)
    et. al.,                    )
18                              )
           Defendants.          )
19                              )
    _____ )
20

21      Upon the application of defendants Dugsbery, Inc. and Pavlo Lazarenko for an

22  extension of time and good cause appearing therefor,

23      IT IS HEREBY ORDERED that the time for Defendants Dugsbery, Inc. and Pavlo

24  Lazarenko to answer or otherwise respond to the complaint herein is extended so that the

25  answer or response may be filed on or before September 8, 2008.

26
    Dated:_____          _____
27                                        HONORABLE JAMES LARSON,
                                          Chief Magistrate-Judge, U.S. District Court
28

(Proposed) Order (CV-08-3632 JL)