ASPELIN & BRIDGMAN, LLP
JOHN ASPELIN, ESQ. S.B. #56477
220 Montgomery Street, Suite 1009
San Francisco, California, 94104
OFC: (415) 296-9812
FAX: (415) 296-9814

Attorneys for Judgment Creditor
UNIVERSAL TRADING & INVESTMENT Co.

# UNITED STATES DISTRICT COURT

## FOR NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT COMPANY,<br><br>Judgment Creditor<br><br>REGISTERED JUDGMENT FROM ANOTHER DISTRICT | Docket No. 06mc80086-CRB<br>Docket No. 08cv3632-JL<br><br>**JUDGMENT CREDITOR'S**<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**Local C.R. 3-12(b)** |

Judgment Creditor and Plaintiff Universal Trading & Investment Co., Inc. ("UTICo") files this Administrative Motion pursuant to Local C.R. 3-12(b) to determine whether civil Docket 06mc80086CRB and 08cv3632JL should be related.

UTICo does not express any arguments whether such Dockets should be related or not.  On information and belief, none of the Defendants have expressed an opinion on the issue.

Dated: August 15, 2008         ASPELIN & BRIDGMAN LLP


/s/_____
John H. Aspelin, Attorneys for Judgment Creditor
Universal Trading & Investment Co.

_____