ASPELIN & BRIDGMAN, LLP
JOHN ASPELIN, ESQ. S.B. #56477
220 Montgomery Street, Suite 1009
San Francisco, California, 94104
OFC: (415) 296-9812
FAX: (415) 296-9814

Attorneys for Judgment Creditor
UNIVERSAL TRADING & INVESTMENT Co.

**UNITED STATES DISTRICT COURT**

**FOR NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT COMPANY,<br><br>Judgment Creditor<br><br>REGISTERED JUDGMENT FROM ANOTHER DISTRICT | Docket No. 08cv3632-JL<br><br>**JUDGMENT CREDITOR'S**<br><br>**MEMORANDUM IN OPPOSITION TO MOTION BY DEFENDANTS PAVLO LAZARENKO AND DUGSBERY, INC. FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| UNIVERSAL TRADING & INVESTMENT Co.,<br><br>  Plaintiff and Judgment Creditor<br><br>v.<br><br>DUGSBERY, INC.;<br>PAVLO I. LAZARENKO;<br>LADY LAKE INVESTMENT, CORP.;<br>ORBY INTERNATIONAL, LTD.;<br>UNITED ENERGY SYSTEMS OF UKRAINE, PFG;<br>TRUSTEES FOR PAVLO I. LAZARENKO, and DOES from 1 to 100,<br><br>  Defendants | |

    Judgment Creditor and Plaintiff Universal Trading & Investment Co., Inc. ("UTICo") opposes the Motion for Extension of time brought by Defendants Pavlo Lazarenko and Dugsbery Inc.

---

Moving parties did not identify any Rule under which they made the Motion.

Defendants' motion was made while plaintiff's counsel was on vacation and before UTICo could respond to the request.

The Verified Complaint represents nothing new for Defendants, and they already opposed a similar complaint in another case before this District Court. That case is *In re Universal Trading & Investment Co.*, 06mc80086-CRB. The previous complaint was dated May 6, 2008.

After considering Defendants' Motion to Dismiss said complaint, Judge Breyer declined to grant it and ruled on procedural issues (on July 23, 2008), namely that UTICo could file a new action based on a complaint, with a separate Docket. The present action is in compliance with that instruction of the Court.

In short, Defendants have been familiar with the allegations in the present complaint for judgment creditor's remedies, for over 3 months. Defendants further misstates the status of the issues. UTICo simply follows the guidance of the Court to refile the judgment creditor's complaint under a separate Docket.

On another point, attorney Doron Weinberg's argument that he is very busy is not a valid reason and UTICo should not be prejudiced by new delays. Mr. Weinberg should rather be taking only as many cases as he can handle. Furthermore, the same Defendants have at least 5 other attorneys who have appeared in Defendant Lazarenko' criminal and civil cases, who also know the facts and issues and who could also respond to the refiled complaint.

Wherefore, the Motion should be denied.

Respectfully submitted,

Dated: August 15, 2008              ASPELIN & BRIDGMAN LLP


/s/_____
John H. Aspelin, Attorneys for Judgment Creditor
Universal Trading & Investment Co.