1  DORON WEINBERG (SBN 46131)
   WEINBERG & WILDER
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472

4  DANIEL A. HOROWITZ (SBN 92400)
   Attorney at Law
5  120 - 11th Street, 2nd Floor
   Oakland, CA 94607
6  Telephone: (510) 444-4888

7  Attorneys for Defendants
   DUGSBERY, INC., and PAVEL I. LAZARENKO
8

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT Co., INC. Judgment Creditor | No. CV 08-3632 JL |
| Plaintiff, vs. | (PROPOSED) ORDER |
| DUGSBERY, INC., PAVLO LAZARENKO, LADY LAKE INVESTMENT Corp., ORBY INTERNATIONAL Ltd., UESU, TRUSTEES FOR PAVLO LAZARENKO, et. al., Defendants. | |

Upon the application of defendants Dugsbery, Inc. and Pavlo Lazarenko for an extension of time and good cause appearing therefor,

IT IS HEREBY ORDERED that the time for Defendants Dugsbery, Inc. and Pavlo Lazarenko to answer or otherwise respond to the complaint herein is extended so that the answer or response may be filed on or before September 8, 2008.

Dated: August 19, 2008        _____
                              HONORABLE JAMES LARSON,
                              Chief Magistrate-Judge, U.S. District Court

(Proposed) Order (CV-08-3632 JL)