**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8             IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNIVERSAL TRADING AND INVESTMENT CO.,          No. C 08-03632 CRB
12          Plaintiff,                              **Clerk's Notice**
13    v.
14  DUGSBERY INC., et al.,
15          Defendants.
                                              /
16
17  YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for
18  Friday, November 7, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.
19
20  Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.
21
22
23  Dated:   August 26, 2008                     FOR THE COURT,

                                                  Richard W. Wieking, Clerk
24                                                By:_____
25                                                   Barbara Espinoza
                                                     Courtroom Deputy
26
27
28