DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

DANIEL A. HOROWITZ (SBN 92400)
Attorney at Law
120 - 11th Street, 2nd Floor
Oakland, CA 94607
Telephone: (510) 444-4888

Attorneys for Defendants
DUGSBERY, INC., and PAVEL I. LAZARENKO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT Co., INC. Judgment Creditor<br><br>Plaintiff,<br>vs.<br><br>DUGSBERY, INC., PAVLO LAZARENKO, LADY LAKE INVESTMENT Corp., ORBY INTERNATIONAL Ltd., UESU, TRUSTEES FOR PAVLO LAZARENKO, et. al.,<br><br>Defendants. | **Nos. CV 08-3632 and CV 06-80086 CRB**<br><br>**DEFENDANTS DUGSBERY, INC. AND PAVEL LAZARENKO'S REQUEST AND MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**DATE:** November 7, 2008<br>**TIME:** 8:30 a.m.<br>**COURT:** 8, 19th Floor<br>**JUDGE:** Hon. Charles R. Breyer |

Defendants Dugsbery, Inc., and Pavel Lazarenko, through counsel, respectfully move the Court to reschedule the initial case management conference set for Friday, November 7, 2008 at 8:30 a.m. to a date during the week of November 24, 2008.

Defendants make this request because Defendants' counsel, Doron Weinberg, will be engaged in the trial of a homicide case in the Superior Court of Los Angeles County (*People v. Phillip Spector*, Case No. BA0255233) which is scheduled to begin on or about October 2, 2008. It is anticipated that the trial will be in progress on November 7, 2008, and indeed, is not

Defendants' Dugsbery, Inc. and Pavel
Lazareniko's Request and Motion to
Reschedule Initial Case Management Conference
(CV-08-3632 and CV-06-80086 CRB)                      1

1 expected to be concluded until at least January 2009.

2 Accordingly, counsel cannot be available for the initial case management conference on
3 November 7, 2008.

4 It is anticipated, however, that there will be a break for the Thanksgiving holiday during
5 the week of November 24, and counsel will therefore be able to participate in a status
6 conference on November 24, 25 or 26, at a time to be scheduled by this Court.

7 Defendants respectfully request, therefore, that the initial case management conference
8 be continued from November 7, 2008 to the week of November 24, 2008.

Respectfully submitted,

DORON WEINBERG
WEINBERG & WILDER

DANIEL A. HOROWITZ
LAW OFFICE OF DANIEL A. HOROWITZ

Dated: August 29, 2008        By:\_\_/s/ Doron Weinberg_____
                                  DORON WEINBERG

Attorneys for Defendants
PAVEL LAZARENKO

Defendants' Dugsbery, Inc. and Pavel
Lazareniko's Request and Motion to
Reschedule Initial Case Management Conference
(CV-08-3632 and CV-06-80086 CRB)                2