1  ASPELIN & BRIDGMAN, LLP
   JOHN ASPELIN, ESQ. S.B. #56477
2  220 Montgomery Street, Suite 1009
   San Francisco, California, 94104
3  OFC: (415) 296-9812; FAX: (415) 296-9814

4  GEORGE LAMBERT, ESQ., DC bar #979327 (*pro hac vice*)
   LAW OFFICES OF LEONARD SUCHANEK
5  1025 Connecticut Ave., Suite 1000
   Washington, D.C., 20036
6  OFC (202) 640 1897, FAX (202) 857 9799

7  Attorneys for Judgment Creditor and Plaintiff,
   UNIVERSAL TRADING & INVESTMENT Co., Inc.
8

9

10                UNITED STATES DISTRICT COURT
       FOR NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)
11

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT CO. INC., | No. 08cv3632-CRB |
| Judgment Creditor | **STIPULATION** |
| REGISTERED JUDGMENT FROM ANOTHER DISTRICT | **ON TAKING HEARING ON MOTION TO QUASH SERVICE OFF COURT'S SCHEDULE ON CERTAIN AGREED TERMS** |
| | **AND** |
| UNIVERSAL TRADING & INVESTMENT CO., INC. | **(PROPOSED) ORDER** |
| Plaintiff, Judgment Creditor | |
| v. | Date: December 12, 2008 |
| DUGSBERY, INC., et al. | Time: 10 A.M. |
| | Court: 19th Floor, 8 |
| Defendants | Judge: The Hon. Charles R. Breyer |

28  Stipulation and Proposed Order, In re UTICo, Judgment Creditor, 08cv3632-CRB                1

The present Stipulation is made between the parties Universal Trading & Investment Co., Inc. ("UTICo"), on the one hand, and Mr. Paul Gully-Hart, on the other hand, with the purpose of saving judicial and the parties' resources.

1. Service of process of the Summons and of the Verified Complaint in this action was made on Mr. Gully-Hart in Switzerland under the 1965 Hague Convention on Service Abroad in Civil and Commercial Matters by the authorized Central Authority in Switzerland.

2. On November 5, 2008, Mr. Gully-Hart filed a Motion to Quash Service on him (Docket 32), based on his objection that he is and has not been a Trustee for any of the trusts identified in the Verified Complaint, and thus he was incorrectly served because he is not a named defendant in this action. On November 21, 2008, UTICo filed its Opposition, and the Motion is currently scheduled to be heard on December 12, 2008.

3. UTICo advised Mr. Gully-Hart that pursuant to the Court Order and leave in this case dated October 31, 2008, it intended to file the Amended Complaint on or before December 1, 2008, in which Mr. Paul Gully-Hart will be identified by name as a co-defendant, with the other defendants.

4. Based on the above, the stipulating parties agree that Mr. Gully-Hart's Motion to Quash Service is hereby withdrawn and that the parties request the Court to take it off the court's hearing schedule on December 12, 2008. If the Court accept this stipulation, Mr. Gully-Hart will not be required to respond to the Verified Complaint that was served on him on or about October 16, 2008.

5. The Stipulation will enter into force subject to, and at the time of, the Court's approving it.

(CONTINUED ON NEXT PAGE)

DATED: November 26, 2008

ASPELIN & BRIDGMAN LLP

/s/_____
John H. Aspelin, Esq.
Attorneys for Plaintiff Universal Trading &
Investment Co.

Co-counsel *pro hac vice*:

/s/_____
George Lambert, Attorneys for
Judgment Creditor and Plaintiff
Universal Trading & Investment Co., Inc.

(CONTINUED ON NEXT PAGE)

---

Stipulation and Proposed Order, In re UTICo, Judgment Creditor, 08cv3632-CRB          3

1 | November 26, 2008

SIDEMAN & BANCROFT LLP

/s/_____
Richard J. Nelson, Esq.
Attorneys for Mr. Paul Gully-Hart

(CONTINUED ON NEXT PAGE)

Stipulation and Proposed Order, In re UTICo, Judgment Creditor, 08cv3632-CRB          4

**IT IS SO ORDERED.**

Dated: Dec. 02, 2008

_____
U.S. District Judge Charles R. Breyer