DORON WEINBERG (SBN 46131)
NINA WILDER (SBN 100474)
LISA A. D'ORAZIO (SBN 252834)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703

Attorneys for Defendants PAVLO I. LAZARENKO and DUGSBERY, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT COMPANY, a Massachusetts Corporation,<br><br>    Judgment Creditor<br><br>REGISTERED JUDGMENT FROM ANOTHER DISTRICT<br>_____<br><br>UNIVERSAL TRADING & INVESTMENT Co.,<br>    Plaintiff and Judgment Creditor<br><br>    vs.<br><br>DUGSBERY, INC.;<br>PAVLO I. LAZARENKO;<br>LADY LAKE INVESTMENT, CORP.;<br>ORBY INTERNATIONAL, LTD.;<br>UNITED ENERGY SYSTEMS OF UKRAINE, PFG;<br>TRUSTEES FOR PAVLO I. LAZARENKO and DOES 1 to 100,<br>    Defendants.<br>_____ | Nos.  CV 08-3632 CRB<br><br>**STIPULATION FOR EXTENSION FILE RESPONSE TO AMENDED COMPLAINT; PROPOSED ORDER**<br><br><br><br><br><br><br><br><br><br>COURT: 8, 19th Floor<br>JUDGE:   Hon. Charles R. Breyer |

    IT IS HEREBY AGREED BY THE PARTIES, through their undersigned attorneys, that the date for Defendants response is extended to Monday December 15, 2008.  The time for filing Plaintiff's Opposition is extended to January 6, 2009.  The time for filing Defendant's

Stipulation for Extension of Time
to File Response to First Amended Complaint;
Proposed Order
(Nos. CV-08-3632 CRB)            1

Reply is January 9, 2009.  The hearing date of January 16, 2009, shall remain the same.

Respectfully Submitted,

Dated: December 11, 2008

By: /s/ Nina Wilder
_____
NINA WILDER
Attorney for Defendants

By: /s/ George Lambert
_____
GEORGE LAMBERT
JOHN ASPELIN
Attorney for Plaintiff

**ORDER**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED, that the time for Defendants to respond to the First Amended Complaint is extended for a period of four (4) days so that the answer or response may be filed by Monday, December 15, 2008.  The time for filing Plaintiff's Opposition is extended to January 6, 2009.  Defendant's Reply shall be filed by January 9, 2009.  The hearing shall remain on January 16, 2009.

DATE:  Decembr 12, 2008

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

Stipulation for Extension of Time
to File Response to First Amended Complaint;
Proposed Order
(Nos. CV-08-3632 CRB)                                        2