FOLGER LEVIN & KAHN LLP
Ethan P. Schulman (CSB No. 112466, eschulman@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

SALANS
Anthony B. Ullman (AUllman@salans.com)
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Telephone: (212) 632-5500
Facsimile: (212) 632-5555

Attorneys Specially Appearing for Defendant Aurelio Ferrari

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., INC.<br><br>Judgment Creditor,<br><br>v.<br><br>DUGSBERY, INC.; M. PAVLO LAZARENKO; LADY LAKE INVESTMENT CORP.; FAIRMONT GROUP LTD.; ORBY INTERNATIONAL, LTD.; UNITED ENERGY SYSTEMS OF UKRAINE; PFG; SAMANTE LTD.; CREDIT SUISSE GROUP; PAUL GULLY-HART; AURELIO FERRARI; TRUSTEES FOR PAVLO J. LAZARENKO; and DOES from 1 to 100,<br><br>Defendants. | Case No. 08-CV-3632-CRB<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Local Rule 6-1(a) |

IT IS HEREBY STIPULATED AND AGREED that the time for Defendant Aurelio Ferrari to move, answer or otherwise respond to the First Amended Complaint is extended to and

1  including February 10, 2009. In entering into this stipulation, Ferrari does not waive, but
2  explicitly preserves, all defenses he may have to the claims asserted against him in the First
3  Amended Complaint, including but not limited to defenses based on lack of personal jurisdiction.

5  Dated: January 9, 2009                                       FOLGER LEVIN & KAHN LLP

7                                                            /s/ Ethan P. Schulman
                                                             Ethan P. Schulman
8                                                            eschulman@flk.com
                                                             Attorneys Specially Appearing for Defendant Aurelio
9                                                            Ferrari

10  Dated: January 9, 2009                                    LAW OFFICES OF LEONARD SUCHANEK

14                                                           George Lambert, Esq.
                                                             1025 Connecticut Ave., Suite 1000
15                                                           Washington, D.C. 20036
                                                             (202) 640-1897
16                                                           Attorneys for Judgment Creditor and Plaintiff
                                                             Universal Trading & Investment Co., Inc.

00001\0113\629650.1

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA