PAGES 1-5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE CHARLES R. BREYER, JUDGE


| | | |
|---|---|---|
| UNIVERSAL TRADING AND INVESTMENT COMPANY, | ) ) ) | |
| PLAINTIFF, | ) ) | |
| VS. | ) ) | NO. CV-08-03632 CRB |
| DUGSBERY, INCORPORATED, | ) ) | |
| DEFENDANT. | ) ) ) | |

SAN FRANCISCO, CALIFORNIA
JANUARY 16, 2009

**TRANSCRIPT OF PROCEEDINGS**

APPEARANCES:

FOR THE PLAINTIFF,
UNIVERSAL TRADING,

        BY:    JAMES C. BRIDGMAN, ESQUIRE
                ASPELIN & BRIDGMAN, LLP
                220 MONTGOMERY STREET, STE. 1009
                SAN FRANCISCO, CALIFORNIA 94104

                T: (415) 296-9812
                FACSIMILE: (415) 296-9814
                E-MAIL: JBRIDGMAN@ASPELINBRIDGMAN.COM

(APPEARANCES CONTINUED ON THE FOLLOWING PAGE)

REPORTED BY: CATHERINE EDWARDS, CSR 3071

(APPEARANCES CONTINUED FROM THE PRECEEDING PAGE)


FOR THE DEFENDANT,
LAZARENKO, DUGSBERY;

AND SPECIALLY FOR:
LADY LAKE, AND ORBY,

            BY:    NINA WILDER, ATTORNEY AT LAW
                   WEINBERG & WILDER
                   523 OCTAVIA STREET
                   SAN FRANCISCO, CALIFORNIA 94102


                   T: (415) 431-3472
                   FACSIMILE: (415) 552-2703
                   E-MAIL: NINAWILDER@AOL.COM


FOR THE DEFENDANT,
DUGSBERY, INC.,

            BY:    LISA ANNE D'ORAZIO
                   WEINBERG & WILDER
                   523 OCTAVIA STREET
                   SAN FRANCISCO, CALIFORNIA 94102


                   T: (415) 431-3472
                   FACSIMILE: (415) FACSIMILE: (415) 552-2703
                   E-MAIL: LISADORAZIO@GMAIL.COM



            < - < - <  O  O  O  > - > - >

1   UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

2   THE HONORABLE CHARLES R. BREYER, JUDGE, PRESIDING

3   COURTROOM 19TH FLOOR, COURTROOM 8

4   COURTROOM DEPUTY-CLERK:  MS. BARBARA ESPINOZA

5   FRIDAY, JANUARY 16, 2009           10:00  A.M.

6   UNIVERSAL TRADING AND INVESTMENT COMPANY, VS DUGSBERY,

7   INCORPORATED, ET AL.              CV-08-03632

8   HEARING RE:  LADY LAKES' MOTION TO DISMISS FOR LACK OF PERSONAL

9   JURISDICTION.  INITIAL CASE MANAGEMENT CONFERENCE.

10  (THE JUDGE IS ON THE BENCH.)

11          THE CLERK:  CALLING CASE C-08-3632, UNIVERSAL TRADING

12  INVESTMENT COMPANY, VS. DUGSBERY INCORPORATED.

13          APPEARANCES, COUNSEL?

14          MISS WILDER:  GOOD MORNING, YOUR HONOR.  NINA WILDER

15  AND LISA D'ORAZIO, ON BEHALF OF DEFENDANTS, LAZARENKO, DUGSBERY.

16          AND, APPEARING SPECIALLY FOR LADY LAKE AND ORBY.

17          THE COURT:  GOOD MORNING.

18          MR. BRIDGMAN:  GOOD MORNING, YOUR HONOR.  JAMES C.

19  BRIDGMAN, FOR THE FIRM OF ASPELIN & BRIDGMAN.  APPEARING FOR THE

20  PLAINTIFF, IN THIS CASE, UNIVERSAL TRADING.

21          THE COURT:  SO, IS THERE ANYTHING THAT ANY OF YOU

22  WANTS TO ADD TO WHAT HAS ALREADY BEEN FILED?

23          MISS WILDER:  NOT UNLESS THE COURT HAS ANY FURTHER

24  INQUIRIES.

25          MR. BRIDGMAN:  I THINK WE HAVE PRETTY MUCH SET OUT

1  WHAT WE WANTED TO SET OUT.

2          THE COURT: ALL RIGHT. SO, THE MATTER IS SUBMITTED

3  AND I WILL MAKE A RULING. I AM CURIOUS -- OF COURSE IT DOESN'T

4  AFFECT THE ORDER A BIT. HOW DO YOU THINK YOU ARE EVER GOING TO

5  GET ANY MONEY OUT OF THIS?

6          MR. BRIDGMAN: WELL, THERE ARE HUNDREDS OF MILLIONS OF

7  DOLLARS, YOUR HONOR, IN BANK ACCOUNTS AROUND THE WORLD. SOME

8  ARE FROZEN, SOME ARE NOT.

9          THERE IS PLENTY OF MONEY THERE. THERE ARE PROPERTIES

10  IN MARIN COUNTY. THERE IS ENORMOUS AMOUNTS OF MONEY.

11          WE ARE TALKING ABOUT AS MUCH AS A BILLION DOLLARS IN

12  FRAUDULENT TRANSFERS.

13          THERE IS MONEY THERE.

14          MISS WILDER: I AM NOT GOING TO ADDRESS THAT.

15          THE COURT: ISN'T THE GOVERNMENT AHEAD OF YOU?

16          MR. BRIDGMAN: EXCUSE ME?

17          THE COURT: ISN'T THE GOVERNMENT -- ISN'T THE

18  GOVERNMENT AHEAD OF YOU?

19          MR. BRIDGMAN: NOT TO THAT EXTENT.

20          THE COURT: ALL RIGHT. WELL, WE WILL SEE. DO YOU

21  KNOW WHAT HAS HAPPENED ON LAZARENKO'S APPEAL?

22          MR. BRIDGMAN: YES, IT WAS DENIED.

23          THE COURT: I KNOW THE APPEAL. BUT THEN THERE WAS A

24  MOTION FOR AN IN-BANK HEARING.

25          MISS WILDER: ACTUALLY, I DON'T KNOW THE STATUS OF THE

```
 1    PETITION --
 2              THE COURT: YES?
 3              MISS WILDER: -- FOR THE REHEARING EN-BANK.
 4              MR. BRIDGMAN: I DON'T KNOW.
 5              MISS WILDER: I DON'T BELIEVE THAT HAPPENED.
 6              THE COURT: THERE ARE NO MANDATES?
 7              MISS D'ORAZIO: THE PANEL REQUESTED A RESPONSE TO THE
 8    PETITION.
 9              MISS WILDER: THANK YOU.
10              MISS D'ORAZIO: AND THAT IS BEING CONSIDERED BY THE
11    PANEL.
12              THE COURT: I SEE.
13              MISS WILDER: SO, THERE WAS NO DECISION.
14              THE COURT: OKAY. THANK YOU.
15              MR. BRIDGMAN: YOUR HONOR, ALSO ON TODAY THERE WAS A
16    STATUS CONFERENCE.
17              THE COURT: I'LL GO OVER IT ON ANOTHER DAY.
18              MISS WILDER: THANK YOU, YOUR HONOR.
19              MR. BRIDGMAN: THANK YOU, YOUR HONOR.
20              MISS D'ORAZIO: THANK YOU.
21
22              (:WHEREUPON THE PROCEEDINGS ADJOURNED:)
23
24              <  < - <  O O O  > - > >
25
```

```
 1                    CERTIFICATE OF THE REPORTER

 2

 3         I, CATHERINE EDWARDS, A CERTIFIED SHORTHAND

 4    REPORTER, 3071, FOR THE UNITED STATES DISTRICT

 5    COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY

 6    CERTIFY THAT:

 7

 8

 9         THE FOREGOING TRANSCRIPT OF PROCEEDINGS WERE

10    REPORTED BY ME, AND WERE THEREAFTER TRANSCRIBED

11    UNDER MY DIRECTION INTO TYPEWRITING.

12

13

14         I ALSO HEREBY CERTIFY THAT THE FOREGOING

15    TRANSCRIPT IS A TRUE RECORD OF THE PROCEEDINGS

16    AS BOUND BY ME AT THE TIME OF FILING.

17

18

19         THE VALIDITY OF THE REPORTER'S CERTIFICATION

20    OF SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY

21    AND/OR REMOVAL FROM THE COURT FILE.

22

23

24

25
```

CATHERINE L. EDWARDS, CSR
(510) 886-2427