GEORGE LAMBERT, ESQ.
LAW OFFICES
1025 Connecticut Ave., Suite 1000
Washington D.C. 20036
Telephone: (202) 640-1897, fax (202) 747 7797
Pro Hac Vice
E-mail: lawdc10@aol.com
Attorneys for Judgment Creditor and Plaintiff
Universal Trading & Investment Co. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., INC.<br><br>Judgment Creditor,<br><br>v.<br><br>DUGSBERY, INC.; PAVLO LAZARENKO; LADY LAKE INVESTMENT CORP.; FAIRMONT GROUP LTD.; ORBY INTERNATIONAL, LTD.; UNITED ENERGY SYSTEMS OF UKRAINE; PFG; SAMANTE LTD.; CREDIT SUISSE GROUP; PAUL GULLY-HART; AURELIO FERRARI; TRUSTEES FOR PAVLO J. LAZARENKO; and DOES from 1 to 100,<br><br>Defendants. | Case No. 08-CV-3632-CRB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER LIFTING STAY FOR ENTRY OF SAME** |

Plaintiff Universal Trading & Investment Co., Inc., through its undersigned attorneys,

1. Requests that the Court lift the stay that is currently in effect for the sole purpose of entry of this Notice of Dismissal; and

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses its action as to Defendant Aurelio Ferrari only, with prejudice and without costs.

Dated: January 19, 2010

_____/s/_____
George Lambert, Esq.
Attorneys for Judgment Creditor and Plaintiff
Universal Trading & Investment Co

IT IS SO ORDERED.

Dated: January __22__, 2010

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

133007\0004001\902005321.1