GEORGE LAMBERT, ESQ.
D.C. bar #979327, *Pro Hac Vice*
LAW OFFICES OF LEONARD J. SUCHANEK
AND ASSOCIATES
1025 Connecticut Ave., Suite #1000
Washington D.C. 20036
Telephone: (202) 640-1897
Fax (202) 747 7797, e-mail: LawDC10@aol.com
Attorneys for Judgment Creditor and Plaintiff
Universal Trading & Investment Co. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., INC.,<br><br>Judgment Creditor,<br><br>v.<br><br>DUGSBERY, INC.; M. PAVLO LAZARENKO; LADY LAKE INVESTMENT CORP.; FAIRMONT GROUP LTD.; ORBY INTERNATIONAL, LTD.; UNITED ENERGY SYSTEMS OF UKRAINE; PFG; SAMANTE LTD.; CREDIT SUISSE GROUP; PAUL GULLY-HART; AURELIO FERRARI; TRUSTEES FOR PAVLO J. LAZARENKO; and DOES from 1 to 100,<br><br>Defendants. | Case No. 08-CV-3632-CRB<br><br>**NOTICE OF DISMISSAL OF CLAIM**<br><br>**AGAINST DEFENDANT**<br><br>**PAUL GULLY-HART**<br><br>**AND (PROPOSED) ORDER LIFTING STAY FOR ENTRY OF SAME** |

Plaintiff Universal Trading & Investment Co. Inc., through its undersigned counsel,

1. Requests that the Court lift the stay that is currently in effect in the above styled action for the sole purpose of entry of this Notice of Dismissal of a claim against Defendant Paul Gully-Hart; and

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses its claim against Defendant Paul Gully-Hart, with prejudice and without costs.

Respectfully submitted,

Dated: July 2, 2010

                                                                  _____/s/_____
                                                                  George Lambert, Esq.
                                                                  Attorneys for Judgment Creditor and Plaintiff
                                                                  Universal Trading & Investment Co

**IT IS SO ORDERED**.

Dated: __July 07_, 2010

_____
The Hon. Charles R. Breyer
United States District Judge

*[Seal: United States District Court, Northern District of California]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*