IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNIVERSAL TRADING AND INVESTMENT CO.,

    Plaintiff,

  v.

DUGSBERY, INC., et al.,

    Defendants.

                                 /

No. C 08-03632 CRB

**JUDGMENT**

The Court, having disposed of all claims by way of dismissal with prejudice, hereby enters Judgment in Defendants' favor against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 7, 2011

                                              CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE