FILED
MAY - 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

fee paid

Jeffrey M. Judd (SBN 136358)
JUDD LAW GROUP
222 Sutter Street, Suite 600
San Francisco, California 94108
Telephone: (415) 597-5500
Facsimile: (888) 308-7686
jeff@JuddLawGroup.com

George Lambert, (DC #979327, *pro hac vice*)
LAW OFFICES OF LEONARD SUCHANEK
1025 Connecticut Ave., Suite 1000
Washington, D.C., 20036
Telephone: (202) 640 1897
Facsimile: (202) 747 7797

Attorneys for Plaintiff and Judgment Creditor
Universal Trading & Investment Co., Inc.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UNIVERSAL TRADING & INVESTMENT CO., INC., <br><br> Plaintiff and Judgment Creditor, <br><br> vs. <br><br> DUGSBERY, INC., PAVLO LAZARENKO, LADY LAKE INVESTMENT CORP., ORBY INTERNATIONAL LTD., UESU, TRUSTEES FOR PAVLO LAZARENKO, et al., <br><br> Defendants and Real Parties in Interest. | No. CV 08-03632 CRB <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that plaintiff in the above-captioned lawsuit, Universal Trading and Investment Company, Inc. ("UTICo"), hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on January 7, 2011.

Dated: April 27, 2011

By: _____
Jeffrey M. Judd
Attorney for Plaintiff UTICo

Case No. CV 08-033632 CRB

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611059344
Cashier ID: almaceh
Transaction Date: 05/02/2011
Payer Name: GEORGE A LAMBERT ESQ
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: universal trading
 Case/Party: D-CAN-3-08-CV-003632-001
 Amount:         $455.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1178
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

crb


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```